FILED

2022 SEP 13 AM 9: 12

CLERK...
CENT...

BY___JB___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CR 22-00048 JMS-WRP-06 |
| v. | MJ 22-03638 |
| Sheri Jean Tanaka | AFFIDAVIT RE |
| DEFENDANT(S). | OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: United State District Court
in the Judiciary State of Hawaii District of Hawaii on September 8, 2022
at 11:35 ☒ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 371,18:241
to wit: _____

A warrant for defendant's arrest was issued by: Rom Trader, United States Magistrate Judge

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

---

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on September 13, 2022 _____, by

_____, Deputy Clerk.

_____
Signature of Agent

Donald Jones
Print Name of Agent

FBI
Agency

Special Agent
Title