FILED

2022 SEP 13 AM 9:12

Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br>SHERI JEAN TANAKA<br>USMS# _____          PLAINTIFF<br>DEFENDANT | CASE NUMBER: CR 22-00048 JMS-WRP-06<br><br>REPORT COMMENCING CRIMINAL ACTION<br><br>MJ 22-03638 |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on September 13, 2022 at 07:00  ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☐ No

4. Charges under which defendant has been booked:
   _____

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1982

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Mark Mermelstein        Phone Number: 310-428-3004

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: SA Donald Jones                          (please print)

12. Office Phone Number: 310-405-4446              13. Agency: FBI

14. Signature: [signature]                          15. Date: 09/13/2022

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION